Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
E-Mail: aharris@harrisandruble.com
        pmohan@harrisandruble.com

Attorneys for Plaintiffs

[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ISABEL ARTIGA, GABRIEL RODRIGUEZ, and JESSICA SHEEHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABM INDUSTRY GROUPS, LLC, a Delaware Limited Liability Company, and DOE ONE through and including DOE TEN,<br><br>Defendants.<br><br>ABM INDUSTRY GROUPS, LLC, a Delaware Limited Liability Company<br><br>Counter-Claimant,<br><br>v.<br><br>I. ARTIGA, an individual, and ROES 1 through 10,<br><br>Counter-Defendants. | Case No. 2:19-cv-06735-GW-RAO<br>Hon. Judge George H. Wu<br><br>(Removed from Los Angeles Superior Court, Case No. 19STCV19268)<br><br>**JOINT NOTICE OF LODGING [PROPOSED] ORDER GRANTING MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT AND [PROPOSED] JUDGMENT**<br><br>Action Filed:   June 4, 2019<br>Trial Date:     None Set |

-1-
JOINT NOTICE OF LODGING [PROPOSED] ORDER GRANTING MOTION FOR FINAL APPROVAL AND [PROPOSED] JUDGMENT

Daniel F. Fears, Bar No. 110573
Laura Fleming, Bar No. 219287
Robert T. Matsuishi, Bar No. 259182
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212
E-Mail: dff@paynefears.com
lf@paynefears.com
rtm@paynefears.com

Attorneys for Defendant and Counter-Claimant ABM INDUSTRY GROUPS, LLC

JOINT NOTICE OF LODGING [PROPOSED] ORDER GRANTING MOTION FOR FINAL APPROVAL AND [PROPOSED] JUDGMENT

**PLEASE TAKE NOTICE THAT** Plaintiffs ISABEL ARTIGA, JESSICA SHEEHAN, GABRIEL RODRIGUEZ, MARIO ERNESTO GIL CANAS, JAIME MENDOZA and LORENZA TORRES on the one hand, and Defendant ABM INDUSTRY GROUPS, LLC on the other hand, are lodging herewith a [Proposed] Order Granting the Motion for Final Approval of Class Action Settlement and a [Proposed] Judgment of Final Approval of Class Action Settlement. The [Proposed] Order and [Proposed] Judgment are attached hereto as Exhibits 1 and 2.

In the April 4, 2022 Order [ECF Doc. 163], the Court Ordered that the parties should, "file further added language in the tentative ruling and a new final judgment by April 8, 2022." Apr. 4, 2022 Order at p. 1. The [Proposed] Order Granting the Motion for Final Approval of Class Action Settlement attached hereto as Exhibit 1 incorporates the language that the parties request the Court to include in its final ruling. Specifically, the parties request that the Court include that it has approved the parties' agreement to accept late claims that have been postmarked or otherwise submitted to the claims administrator by March 23, 2022.

DATED: April 8, 2022          HARRIS & RUBLE

*/s/ Alan Harris*
Alan Harris
Priya Mohan
*Attorneys for Plaintiffs*

DATED: April 8, 2022          PAYNE & FEARS LLP

*/s/ Robert T. Matsuishi*
Robert T. Matsuishi
*Attorneys for Defendant*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that Robert T. Matsuishi, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

DATED: April 8, 2022                         HARRIS & RUBLE

                                             /s/ Alan Harris
                                             Alan Harris
                                             Priya Mohan
                                             *Attorneys for Plaintiffs*

-4-