JS-6

1  Alan Harris (SBN 146079)
   Priya Mohan (SBN 228984)
2  HARRIS & RUBLE
   655 North Central Ave.
3  Glendale, California 91203
   Telephone: (323) 962-3777
4  Facsimile: (323) 962-3004
   E-Mail: aharris@harrisandruble.com
5          pmohan@harrisandruble.com
   Attorneys for Plaintiffs
6
   [ADDITIONAL COUNSEL ON
7  FOLLOWING PAGE]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ISABEL ARTIGA, GABRIEL RODRIGUEZ, and JESSICA SHEEHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABM INDUSTRY GROUPS, LLC, a Delaware Limited Liability Company, and DOE ONE through and including DOE TEN,<br><br>Defendants.<br><br>ABM INDUSTRY GROUPS, LLC, a Delaware Limited Liability Company<br><br>Counter-Claimant,<br><br>v.<br><br>I. ARTIGA, an individual, and ROES 1 through 10,<br><br>Counter-Defendants. | Case No. CV 19-6735-GW-RAOx<br>Hon. Judge George H. Wu<br><br>(Removed from Los Angeles Superior Court, Case No. 19STCV19268)<br><br>**JUDGMENT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Action Filed: June 4, 2019<br>Trial Date: None Set |

-1-

[PROPOSED] JUDGMENT

Daniel F. Fears, Bar No. 110573
Laura Fleming, Bar No. 219287
Robert T. Matsuishi, Bar No. 259182
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212
E-Mail: dff@paynefears.com
lf@paynefears.com
rtm@paynefears.com

Attorneys for Defendant and Counter-Claimant ABM INDUSTRY GROUPS, LLC

# JUDGMENT

In accordance with the Order Granting Final Approval of Class-Action Settlement ("Final Approval Order") entered by the Court in this action, **IT IS ORDERED** that:

1. The Settlement Class conditionally certified in the Preliminary Approval Order is confirmed.

2. The claims of the following individuals [individuals who opted out of the Settlement] shall be dismissed without prejudice on the date this Order becomes final:

    Norman R. Boutte Jr.
    Xioping Wang
    Jaime Navarro
    Luis Vargas
    Norma Gonzalez
    Samuel Rivera
    Andrew Garcia
    Jesse Cole
    Edwin Carrillo
    Luis Antonio Espinoza
    Anna Rubalcava
    Edgar R. Gonzalez
    Marta Perez
    Rashad M. Jefferson
    Humberto Turcios
    Robert Carpio
    Angel Barrios
    Henry Gomez
    Ingrith Sibaja

3. Judgment is hereby entered dismissing the above-captioned action against Defendant on the merits and with prejudice and without the payment of fees

or costs other than as provided in the Settlement referred to in the Final Approval Order.

4. Without affecting the finality of this Judgment in any way, the Court hereby retains continuing jurisdiction over: (a) the implementation of the Settlement as described in the Final Approval Order, (b) the payment of the amount of reasonable attorney's fees and costs to be awarded to Class Counsel as provided for in the Settlement, and (c) all Parties hereto for the purpose of administering the Settlement and enforcing the terms of this Judgment.

**IT IS SO ORDERED.**

Dated: April 11, 2022

_____
HON. GEORGE H. WU,
U.S. District Judge