Daniel F. Fears, Bar No. 110573
Laura Fleming, Bar No. 219287
Robert T. Matsuishi, Bar No. 259182
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212
E-Mail: dff@paynefears.com
 lf@paynefears.com
 rtm@paynefears.com

Attorneys for Defendant and Counter-Claimant ABM INDUSTRY GROUPS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| I. ARTIGA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABM INDUSTRY GROUPS, LLC, a Delaware Limited Liability Company, and DOE ONE through and including DOE TEN,<br><br>　　　　Defendants.<br><br>ABM INDUSTRY GROUPS, LLC, a Delaware Limited Liability Company<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>I. ARTIGA, an individual, and ROES 1 through 10,<br><br>　　　　Counter-Defendants. | Case No. 2:19-cv-06735-GW-RAO<br>Hon. Judge George H. Wu<br><br>(Removed from Los Angeles Superior Court, Case No. 19STCV19268)<br><br>**STIPULATION FOR DISMISSAL OF COUNTER-CLAIMANT'S ABM INDUSTRY GROUPS, LLC'S COUNTERCLAIM**<br><br>Action Filed:　June 4, 2019<br>Trial Date:　None Set |

STIPULATION FOR DISMISSAL OF COUNTER-CLAIMANT'S COUNTERCLAIM

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the Counterclaim brought by Defendant and Counter-Claimant ABM INDUSTRY GROUPS, LLC in the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a), (c).

DATED: April 25, 2022         PAYNE & FEARS LLP
                              Attorneys at Law


                              By:  /s/ Robert T. Matsuishi
                                   ROBERT T. MATSUISHI

                              Attorneys for Defendant and Counter-Claimant ABM INDUSTRY GROUPS, LLC

DATED: April 23, 2022         HARRIS & RUBLE


                              By:  [signature]
                                   PRIYA MOHAN

                              Attorneys for Plaintiffs ISABEL ARTIGA, GABRIEL RODRIGUEZ, JESSICA SHEEHAN, MARIO ERNESTO GIL CANAS, JAIME MENDOZA and LORENZA TORRES

Stipulation for Dismissal of ABM Counterclaim 4867-9153-8973 v.1.docx

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

-2-
STIPULATION FOR DISMISSAL OF COUNTER-CLAIMANT'S COUNTERCLAIM